In the Matter of the Probate of the Last Will and Testament of CHALRES T. ASH, Deceased. FRANK ASH, Appellant; GUARANTY TRUST COMPANY, as Executor, etc., of CHARLES T. ASH, Deceased, Respondent.— Order denying motion to dismiss the above proceeding for lack of jurisdiction on the part of the surrogate of Westchester county, or, in the alternative, to transfer and remit said proceeding to the Surrogate's Court of New York county, reversed on the law and the facts, and the matter remitted to the Surrogate's Court of Westchester county for the taking of proof on the issue of residence, with costs, payable out of the estate, to all parties filing briefs. Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.

In the Matter of the Application of FRANK GERSCHINSKY, Respondent, for Peremptory Order of Mandamus against LEWIS E. LAWES, as Warden of Sing Sing Prison, and Others, Constituting the Prison Board of Sing Sing Prison, and EDWARD P. MULROONEY, as Commissioner of Correction of the State of New York, Appellants.— Order of mandamus directing, on reargument, the appellants to certify relator's [petitioner's] name for discharge unanimously affirmed. No opinion. Present — Hagarty, Carswell, Johnston and Taylor, JJ.; Close, J., not voting.